IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER SHANE LANGSTON,

    Plaintiff,

    v.

WILLIAMS,

    Defendant.

No. 2:16-CV-2365-JAM-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On November 19, 2018, the court directed plaintiff to submit documents necessary for service on defendant by the United States Marshal. Specifically, plaintiff was instructed to submit one completed summons form, one completed USM-285 form, and two copies of the endorsed-filed complaint. On December 20, 2018, plaintiff submitted the completed USM-285 form but none of the other required documents. Plaintiff will be provided another opportunity to fully comply with the court's order before the court recommends dismissal of the action for lack of prosecution and failure to comply with court orders under Eastern District of California Local Rule 110.

/ / /

/ / /

/ /

1

Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit to the court within 30 days of the date of this order one completed summons and two copies of the endorsed-filed complaint.

Dated: December 18, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE