# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER SHANE LANGSTON,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS,<br><br>Defendant. | No. 2:16-CV-2365-JAM-DMC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On June 18, 2019, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 18, 2019, are adopted in full;

2. Defendant's unopposed motion to revoke plaintiff's in forma pauperis status (ECF No. 19) is granted;

3. This action is dismissed without prejudice to re-filing upon pre-payment of the full filing fee; and

4. The Clerk of the Court is directed to enter judgment and close this file.

DATED: October 7, 2019

/s/ John A. Mendez  
UNITED STATES DISTRICT COURT JUDGE